

08-CR-05309-ORD

MAGISTRATE JUDGE THEILER

FILED _____ LODGED
_____ RECEIVED

JUL 1 4 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>BRYAN ROSE<br><br>       Defendant. | NO:   CR 08-5309<br><br>**FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED**<br><br>**(Clerk's Action Required)** |

THIS MATTER, coming on for hearing this 14ᵗʰ day of July, 2008, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, MATTHEW L CLUCAS, and the United States of America being represented by Barbara Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Cascade, and the files and records herein, being fully advised in the premises, does now make and enter the following:

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING DEFENDANT
TO TAKE TREATMENT AS PRESCRIBED - 1

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562

## I. FINDINGS OF FACT

A.     On or about the 16th day of December, 2007, Petitioner was charged with the offense charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

B.     Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D.     Petitioner is amenable to treatment;

E.     An effective rehabilitative treatment plan is available to Petitioner through Cascade, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from Cascade, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING DEFENDANT
TO TAKE TREATMENT AS PRESCRIBED - 2

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562

1   revocation of this Order Granting Deferred Prosecution and that these reports will be

2   used to support a finding of guilt;

3       From the foregoing FINDINGS OF FACT, the Court draws the following:

4                        II.  **CONCLUSIONS OF LAW**

5

6       A. That the above-entitled Court has jurisdiction over the subject matter

7   and Petitioner Bryan Rose, in this case;

8       B. That Petitioner's Petition for Deferred Prosecution meets the

9   requirements of RCW 10.05 etseq.;

10      C. That the diagnostic evaluation and commitment to treatment meets the

11  requirements of RCW 10.05.150;

12      D.      That Petitioner is eligible for deferred prosecution.

13                            III. **ORDER**

14      Having made and entered the foregoing FINDINGS OF FACT and

15  CONCLUSIONS OF LAW, it is hereby

16      ORDERED that the defendant is accepted for deferred prosecution. The

17  prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant

18  to RCW 10.05 et seq., upon the following terms and conditions:

19      A. Petitioner shall be on probation for the deferral period and follow the rules

20  and regulations of probation;

21      B. Petitioner shall enroll in and successfully complete the two-year

22  treatment program recommended by Cascade according to the terms and

23  conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is

24

25

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION, APPROVING
TREATMENT PLAN, AND DIRECTING DEFENDANT
TO TAKE TREATMENT AS PRESCRIBED - 3

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562

1

2
attached to the Petition and incorporated herein by reference. Petitioner shall not

3
change treatment agencies without prior Probation approval;

4
C. The treatment facility, Cascade, shall file with the United States

5
Probation Office status reports of Petitioner's compliance with treatment, monthly

6
during the first year of the deferred prosecution period and every three (3) months

7
during the second year. The Court may increase the frequency of these reports at

8
its discretion;

9
D.      Petitioner shall notify U.S. Probation within 72 hours of any residence

10
change.

11
E. Petitioner shall abstain during the deferred prosecution period from any

12
and all consumption of alcoholic beverages and/or non-prescribed mind-altering

13
drugs;

14
F. Petitioner shall not operate a motor vehicle on the public highways without a

15
valid operator's license and proof of liability insurance sufficient to comply with the

16
state laws on financial responsibility;

17
G. Petitioner shall be law abiding and shall not commit any alcohol/drug

18
related offenses or other criminal offenses during the period of deferral,

19
H. Petitioner shall notify U.S. Probation within 72 hours of being arrested,

20
questioned, or cited by Law Enforcement.;

21
I. In the event that Petitioner fails or neglects to carry out and fulfill any term

22
or condition of his treatment plan or violates any provision of this Order or any

23
rule or regulation of his probation officer, upon receiving notice, the Court shall hold

24

25

26

**FINDINGS AND ORDER ACCEPTING DEFENDANT**
**FOR DEFERRED PROSECUTION, APPROVING**
**TREATMENT PLAN, AND DIRECTING DEFENDANT**
**TO TAKE TREATMENT AS PRESCRIBED - 4**

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562

1  a hearing to determine why Petitioner should not be removed from deferred
2  prosecution and prosecuted for the offense charged;
3
4      J. In the event the Court finds cause to revoke this deferred prosecution,
5  the stipulated police reports shall be admitted into evidence, and Petitioner shall
6  have her guilt or innocence determined by the Court;
7      K. That the statement of Petitioner for Deferred Prosecution shall remain
8  sealed, and all subsequent reports or documents relating to ~~her~~ his treatment
9  information shall be sealed, to maintain confidentiality of Petitioner's treatment
10 information;
11     L. That the Department of Licensing be notified of this Order accepting the
12 Petitioner for deferred prosecution;
13     M. Upon proof of Petitioner's successful completion of five years deferral
14 period in this Order, the Court shall dismiss the charges pending against Petitioner.
15     N. Additional conditions: _____
16 _____
17 _____
18     DONE IN OPEN COURT this _14_ day of _____July_____, 2008.
19
20                                    _____
21                                    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
**FINDINGS AND ORDER ACCEPTING DEFENDANT**
**FOR DEFERRED PROSECUTION, APPROVING**
**TREATMENT PLAN, AND DIRECTING DEFENDANT**
**TO TAKE TREATMENT AS PRESCRIBED - 5**

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562

1 | Presented by:

2 | BENNETT RAINEY MORAN
3 | GIANNESCHI & CLUCAS, Inc. P.S.

4

5

6 | MATTHEW L. CLUCAS WSBA 22929
Attorney for Petitioner

7

8 |    I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

9

10 | Dated: 7 - 14, 2008 _____    _____
Petitioner

11

12 |    I certify that a copy of this signed Order was mailed to the subject treatment facility on _July 15th_____, 2008. The United States Probation Office was also furnished a copy of this Order.

13

14

15 | _____
Clerk

16

17

18

19

20

21

22

23

24

25

26

**FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED - 6**

BENNETT RAINEY MORAN
GIANNESCHI & CLUCAS, Inc. P.S.
9057 Washington AVE NW, Suite 200
Silverdale, WA 98383
(360) 698-3000 / FAX (360) 698-6562